**UNION GROVE MILLING AND MANUFACTURING CO. v. FAW**

[335 N.C. 165 (1993)]

UNION GROVE MILLING AND MANUFACTURING COMPANY, INC. v. MARY
EDNA FAW

No. 117PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a
unanimous decision of the Court of Appeals, 109 N.C. App. 248,
426 S.E.2d 476 (1993), reversing summary judgment for plaintiff
entered 3 October 1991 in Superior Court, Wilkes County, by Judge
William H. Freeman, and remanding to the trial court for the
entry of an order dismissing plaintiff's actions. Heard in the Supreme
Court 14 October 1993.

*Eisele & Ashburn, P.A., by Douglas G. Eisele, for
plaintiff-appellant.*

*John E. Hall for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

AFFIRMED.